UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:25CR 00004 JM |
| | ) | |
| v. | ) | Title 18 U.S.C. § 111(a)(1) |
| | ) | |
| IVORY RIAS | ) | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about January 5, 2025, in the Eastern District of Arkansas, the defendant,

IVORY RIAS,

knowingly and intentionally did forcibly assault, resist, oppose, impede, intimidate, and interfere with S.J., a correctional officer with the Bureau of Prisons, while the officers was engaged in and on account of the performance of their official duties.

All in violation of Title 18, United States Code, Section 111(a)(1).

[END OF TEXT. SIGNATURE PAGE ATTACHED.]

☐   NO TRUE BILL.            ☑   TRUE BILL.

**REDACTED SIGNATURE**
FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
United States Attorney

_____
By: BART DICKINSON
Assistant United States Attorney
Bar No. 98143
Post Office Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
Bart.Dickinson@usdoj.gov